IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-03137-PAB-KLM

RICKIE FAULKNER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

ENSIGN UNITED STATES DRILLING INC.,

    Defendant.

## MINUTE ORDER

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on Plaintiff's Unopposed Motion to Approve Proposed Notice of Settlement [Docket No. 82]. On July 31, 2018, the parties submitted a Stipulated Motion to Approve Settlement [Docket No. 79], requesting that the Court (1) approve final collective action certification and (2) approve the parties' settlement agreement. On March 12, 2019, the Court granted final class certification. Docket No. 81. However, the Court did not approve the parties' settlement agreement, in part because the parties failed to present "evidence that the parties have provided opt-in plaintiffs with notice of the settlement and an opportunity to object." *Id*. at 6.

    In response, plaintiff filed the instant motion, requesting that the Court approve a "proposed notice of settlement." Docket No. 82-1. Plaintiff states that "[t]he Court directed the [p]arties to prepare and submit a form of notice of the settlement to be sent to all members of the collective action, and to develop a plan for the delivery of the notice." Docket No. 82 at 2. The Court did not give the parties that direction. Rather, the Court found that the parties failed to present evidence that they had provided notice to the opt-in plaintiffs. *See* Docket No. 81 at 6. Nevertheless, as the notice appears adequate and defendant does not object, the Court will approve the proposed notice of settlement. It is therefore

    **ORDERED** that Plaintiff's Unopposed Motion to Approve Proposed Notice of Settlement [Docket No. 82] is **GRANTED**.

    DATED September 3, 2019.